**Order filed November 3, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00707-CV**

———————

**RANDALL SEXTON, Appellant**

**V.**

**APO GATEWAY LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1187535**

## O R D E R

The notice of appeal in this case was filed September 23, 2022. To date, the filing fee of $205.00 has not been paid by appellant. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.